**GIBSON DUNN**

Howard S. Hogan
Partner
T: +1 202.887.3640
hhogan@gibsondunn.com

October 9, 2024

VIA ECF
The Hon. Lewis J. Liman
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St
New York, New York 10007

Re: **_Duffy Archive Limited v. L'Officiel USA, Inc._**, **No. 1:24-cv-04555 (LJL)**

Dear Judge Liman,

     This firm represents Defendant L'Officiel USA, Inc. in the above-captioned matter (the "Matter"). We write on behalf of our client and with authorization of counsel for Plaintiff Duffy Archive Limited to inform the Court that the parties have established contact and have begun settlement negotiations to resolve the Matter. The parties' initial pretrial conference (the "Conference") was scheduled originally on September 11, 2024. The Court granted an earlier letter motion field by Plaintiff's counsel to adjourn the Conference to October 11, 2024. The Conference is currently rescheduled for October 15, 2024. On October 8, 2024, Plaintiff's counsel had filed a motion for a default judgment, shortly before the parties' counsel had their first contact.

     The parties have mutually agreed to proceed with settlement negotiations, and therefore respectfully seek another 30-day adjournment of the Conference currently scheduled for October 15, 2024 to November 15, 2024. The parties also respectfully request that the Court adjourn all dates and deadlines on Plaintiff's motion for a default judgment for 30 days from the date of the order, pending the parties' settlement discussion. The parties will continue to work diligently and expeditiously in an effort to reach an agreement, and will keep the Court apprised of the parties' progress.

     Plaintiff Duffy Archive Limited consents to the substance and Defendant's filing of this letter motion on behalf of both parties. Plaintiff Duffy Archive Limited further consents to the requested relief.

# GIBSON DUNN

The Hon. Lewis J. Liman October 9, 2024
 Page 2

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Howard S. Hogan*
Howard S. Hogan

1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel: (202) 887-3640
hhogan@gibsondunn.com

*Attorney for Defendant L'Officiel USA, Inc.*

cc: All counsel of record (via ECF)

So Ordered.  The Initial Pretrial Conference is adjourned to November 21, 2024 at 3:30 PM.

LEWIS J. LIMAN
United States District Judge

October 10, 2024