**GIBSON DUNN**

Howard S. Hogan
Partner
T: +1 202.887.3640
hhogan@gibsondunn.com

November 14, 2024

VIA ECF
The Hon. Lewis J. Liman
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St
New York, New York 10007

Re:   *Duffy Archive Limited v. L'Officiel USA, Inc.*, **No. 1:24-cv-04555 (LJL)**

Dear Judge Liman,

This firm represents Defendant L'Officiel USA, Inc. in the above-captioned matter (the "Matter"). We filed a notice of appearance on October 9, 2024 to preserve L'Officiel's procedural and substantive defenses, including its jurisdictional and service of process defenses.

We write on behalf of our client and with authorization of counsel for Plaintiff Duffy Archive Limited to seek an additional 30-day adjournment of the initial pretrial conference (the "Conference") to as close to December 21, 2024 as the Court's schedule will allow. The Conference was originally scheduled for September 11, 2024, and is currently rescheduled for November 21, 2024. This Court granted a first request to adjourn from Plaintiff on September 5, 2024, and a second request to adjourn from this firm on October 10, 2024.

Defendant is working diligently to prepare papers in opposition to Plaintiff's October 8 Motion for Default Judgment and in support of a Cross Motion to Vacate Entry of Default. Defendant expects to be in a position to file promptly but needs additional time to confirm certain critical information. This additional time will also allow the parties to continue their settlement discussion. Accordingly, we also respectfully request the Court to extend the time for Defendant to oppose Plaintiff's Motion for Default Judgment to November 29, 2024.

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Howard S. Hogan*
Howard S. Hogan

1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel: (202) 887-3640
hhogan@gibsondunn.com

*Attorney for Defendant L'Officiel USA, Inc.*

cc: All counsel of record (via ECF)

SO ORDERED.

[signature]
LEWIS J. LIMAN
United States District Judge

The initial pretrial conference is adjourned to December 20, 2024 at 11 AM.

November 15, 2024